IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RAFIQ ABUL-QASIM** | * |
| Plaintiff | * |
| v. | *   Case No.: 22-CV-761-GJH |
| **RAM PAL, et al.** | * |
| Defendants | * |

*************************************************************************

## NOTICE OF REMOVAL

Defendants, **Ram Pal** and **G G S Inc.**, by and through their attorneys, Inga O. Upshaw and Ryan, Drewniak & Upshaw, P.A., pursuant to 28 U.S.C. §§1332, 1441, and 1446, request that this matter be removed to this Court, and in support thereof state as follows:

### Procedural Background

1. The Plaintiff commenced this action by originally filing a Complaint and Jury Demand against Defendants Ram Pal and G G S Inc. in the Circuit Court for Prince George's County, Maryland, Case Number: CAL22-01831. Copies of the Plaintiff's Writ of Summons directed to Defendants Pal and G G S Inc., and Complaint and Jury Demand, are attached hereto as Exhibits A, B and C, respectively.

2. The instant litigation arises out of an automobile accident occurring on November 11, 2019, including vehicles operated by Rafiq Abul-Qasim and Ram Pal. Plaintiff asserts that he sustained injuries and damages as a result of the November 11, 2019 automobile accident. *See* Exhibit C.

3. The Circuit Court for Prince George's County, Maryland, issued two (2) Writs of Summonses for the Defendants on February 3, 2022.

4. The court docket reflects that Plaintiff served Defendant Ram Pal on or about March 2 2022 via certified mail through the MVA.

5. Plaintiff served Defendant G G S Inc. March 8, 2022 via certified mail.

6. Plaintiff seeks to recover damages from the Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and costs of this suit. *See* Exhibit C.

**Statement of Satisfaction of Jurisdictional Requirements**

7. Plaintiff Rafiq Abul-Qasim is a citizen of Maryland and resides at 2003 Connor Court, Unit B, Bowie, Maryland 20721. *See* Exhibit C.

8. Defendant Ram Pal is a citizen of the State of New York, and resides at 9540 114th Street, Floor 2, S Richmond Hill, New York 11419.

9. Defendant G G S Inc. is a California corporation with its principal place of business at 1030 Cottonwood Road, Bakersfield, California 93307.

10. The amount in controversy in the matter of *Rafiq Abul-Qasim v. Ram Pal, et al.* is in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and cost of this suit. *See* Exhibit C.

**Statement of Eligibility for Removal to U.S. District Court**

11. The amount in controversy in the matter of *Rafiq Abul-Qasim v. Ram Pal, et al.* exceeds $75,000.00, and there is complete diversity among the parties, thus satisfying the requirements of 28 U.S.C. §1332(a)(1). Therefore, this Court has original jurisdiction over this action.

12. This notice of removal has been filed within 30 days of service upon the first notice of suit. *See* ¶4. This notice of removal, therefore, has been filed within 30 days of

Defendant, Ram Pal's, receipt of documentation wherein it was ascertained that this case was removable, thereby meeting the requirements of 28 U.S.C. §1446(b).

13. This case has been removed within one year after the original commencement of this action, thereby meeting the requirements of 28 U.S.C. §1446(b).

14. A copy of this Notice of Removal and Affidavit is being served on the Plaintiffs and filed with the Clerk of the Circuit Court for Prince George's County, Maryland.

15. Having met all requirements of 28 U.S.C. §1332(a)(1) and §1446, this action may be removed to this Court pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendants, Ram Pal and G G S Inc. request that the above-captioned case be removed from the Circuit Court for Prince George's County, Maryland.

Respectfully submitted,

_____
Inga O. Upshaw #05883
Ryan, Drewniak & Upshaw, P.A.
31 Old Solomons Island Road
Suite 201
Annapolis, Maryland 21401
(410) 897-9000
inga@rdulawfirm.com
***Attorneys for Defendants***
***Ram Pal and G G S Inc.***

## AFFIDAVIT

I, **Inga O. Upshaw,** affirm under the penalties of perjury that I am the attorney for Defendants Ram Pal and G G S Inc. in the foregoing Notice of Removal; that I have prepared the foregoing Notice of Removal; and that the facts set forth and contained therein are true and correct to the best of my knowledge, information and belief.

_____
Inga O. Upshaw

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of March, 2022, a copy of the foregoing **Notice of Removal** and **Affidavit** was sent via first-class mail, postage prepaid, to the following counsel of record:

Christina L. Caron-Moroney, Esquire
Thomas V. Mike Miller, Jr., P.A.
8808 Old Branch Avenue
Clinton, Maryland 20735

Attorneys for Plaintiff
Rafiq Abul-Qasim

_____
Inga O. Upshaw