## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| **RAFIQ ABUL-QASIM**<br>2003 Connor Court, Unit B<br>Bowie, Maryland 20721<br><br>Plaintiff<br><br>vs.<br><br>**RAM PAL**<br>9540 114th Street, Floor 2<br>S Richmond Hill, New York 11419<br><br>and<br><br>**G G S, INC.**<br>4411 Jackson Ridge Avenue<br>Bakersfield, California 93313<br><br>Defendant(s) | Case No.: CAL22-01831<br><br>**FILED**<br><br>JAN 30 2022<br><br>CLERK OF THE CIRCUIT COURT<br>FOR PRINCE GEORGE'S COUNTY, MD |

### COMPLAINT

COMES NOW, the Plaintiff, RAFIQ ABUL-QASIM, by and through counsel, Christina L. Caron-Moroney, Esq., Thomas V. Mike Miller, Jr., P.A., who files this Complaint and for reasons therefore states as follows:

### PARTIES

1. That Rafiq Abul-Qasim, Plaintiff, is a resident of Prince George's County, Maryland.

2. That Ram Pal, Defendant, is a resident of Queens County, New York.

1



EXHIBIT C

3. That G G S, Inc., Defendant, is a corporate business entity licensed to do business in the state of Maryland.

## STATEMENT OF FACTS

4. That on or about November 11, 2019 at approximately 8:05 p.m., the Plaintiff Rafiq Abul-Qasim was operating a 2008 Mercedes S550 motor vehicle westbound on Village Drive West in Prince George's County, Maryland.

5. That at the same date and time, the Defendant, Ram Pal, was operating a 2019 Freightliner Tractor Trailer, owned by Defendant G G S, Inc., northbound on Crain Highway in Prince George's County, Maryland, when he proceeded through a red traffic signal, operated his motor vehicle at a speed in excess of the posted speed limit, and otherwise negligently operated his motor vehicle, causing a violent collision to occur with the Plaintiff's motor vehicle.

## COUNT I
### (Negligence)

6. That Plaintiff, Rafiq Abul-Qaism, repeats and realleges as though set forth fully herein, the allegations contained in paragraphs one (1) through five (5) of this Complaint.

7. That at all times relevant herein, the Defendant, Ram Pal, had a duty to maintain a proper lookout, to exercise due care in the operation of the 2019 Freightliner Tractor Trailer motor vehicle, to operate the vehicle in a safe and prudent manner, to drive at a speed in accordance with all prevailing road and/or traffic conditions, to follow at a safe and reasonable distance behind Plaintiff's motor vehicle, to reduce the speed of the vehicle to avoid a collision with Plaintiff's motor vehicle, to maintain control over the motor vehicle at all times so as to avoid striking Plaintiff's vehicle, to drive in accordance with all prevailing traffic rules and regulations, and otherwise to pay full time and attention to the operation of his motor vehicle.

8. That the Defendant, Ram Pal, breached his aforementioned duties owed to Plaintiff, Rafiq Abul-Qasim, in failing to maintain a proper lookout, in failing to exercise due care in the operation of the 2019 Freightliner Tractor Trailer motor vehicle, in failing to operate the vehicle in a safe and prudent manner, in failing to drive at a speed in accordance with all prevailing road and/or traffic conditions, in failing to follow at a safe and reasonable distance behind Plaintiff's motor vehicle, in failing to reduce the speed of the vehicle to avoid a collision with Plaintiff's motor vehicle, in failing to maintain control over the motor vehicle at all times so as to avoid striking Plaintiff's vehicle, in failing to drive in accordance with all prevailing traffic rules and regulations, and otherwise in failing to pay full time and attention to the operation of his motor vehicle.

9. That as a direct and proximate result of the negligent actions of Defendant, Ram Pal, the Plaintiff, Rafiq Abul-Qasim, received severe, painful and permanent injuries to his body, as well as severe and protracted shock to his nervous system, all of which have caused and will continue to cause him great pain and mental anguish.

10. That as a direct and proximate result of the negligent actions of the Defendant, Ram Pal, Plaintiff, Rafiq Abul-Qasim, has been forced to expend and will continue to expend in the future, large sums of money for hospitalization, x-rays, doctors, nurses, medical treatment, and medications for the treatment of the aforementioned injuries to the Plaintiff, Rafiq Abul-Qasim.

11. That at no time relevant hereto was the Plaintiff, Rafiq Abul-Qasim, contributorily negligent nor did he assume the risk.

**WHEREFORE**, the Plaintiff, Rafiq Abul-Qasim, prays for judgment against

the Defendant, Ram Pal, in the amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and cost of this suit.

## COUNT II
### (Negligent Entrustment/Supervision)

12. That Plaintiff, Rafiq Abul-Qasim hereby repeats and realleges as though set forth fully herein, the allegations contained in paragraphs one (1) through eleven (11) of this Complaint.

13. That on or about November 13, 2019 at approximately 8:05 p.m., the motor vehicle operated by Defendant, Ram Pal, was owned by Defendant, G G S, Inc.

14. That at all times referred to herein, the Defendant, Ram Pal, was operating the motor vehicle with the express or implied permission of the owner, Defendant, G G S, Inc..

15. That Defendant, G G S, Inc., knew or had reason to know the likelihood of Defendant Ram Pal's use of the subject motor vehicle would result in an unreasonable risk of harm to others, including Plaintiff.

16. That Defendant, G G S, Inc., failed to maintain proper supervision over their motor vehicle and/or the actions of the operator of their motor vehicle and/or negligently entrusted their motor vehicle to Defendant, Ram Pal.

17. That as a direct and proximate result of the negligence of the Defendant, Ram Pal, and the negligent supervision and/or entrustment of Defendant, G G S, Inc., the Plaintiff, Rafiq Abul-Qasim, has sustained all the injuries and damages alleged above.

WHEREFORE, the Plaintiff, Rafiq Abul-Qasim, prays for judgment against the Defendant, G G S, Inc., in the amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and costs of this suit.

## COUNT III
### (Vicarious Liability)

18. That Plaintiff, Rafiq Abul-Qaism hereby repeats and realleges as though set forth fully herein, the allegations contained in paragraphs one (1) through seventeen (17) of this Complaint.

19. That at all times relevant herein, the Defendant, Ram Pal, was an agent and/or servant and/or employee of the Defendant, G G S, Inc., and/or was acting within the scope of his authority and/or employment with the Defendant, G G S, Inc., and/or was acting with the knowledge, consent, permission and/or at the direction or under the control of or for the benefit of the Defendant, G G S, Inc..

20. That as a direct and proximate result of the aforementioned negligence of the Defendant, Ram Pal, and the vicarious liability of the Defendant, G G S, Inc., the Plaintiff, Rafiq Abul-Qasim, has sustained all the injuries and damages alleged above.

WHEREFORE, the Plaintiff, Rafiq Abul-Qasim, prays for judgment against the Defendant, G G S, Inc., in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus interest and costs of this suit.

**THOMAS V. MIKE MILLER, JR., P.A.**

*/s/ Christina Caron-Moroney*

Christina L. Caron-Moroney
8808 Old Branch Ave.
Clinton, MD 20735
301-856-3030
CPF: 0812160122
CCM@tvmikemillerpa.com
Counsel for Plaintiff

5

## JURY DEMAND

Plaintiff, Rafiq Abul-Qasim demands a trial by jury in the above captioned matter.

*Christina Caron-Moroney* (signature)
Christina L. Caron-Moroney
8808 Old Branch Ave.
Clinton, MD 20735
301-856-3030
CPF: 0812160122
CCM@tvmikemillerpa.com
Counsel for Plaintiff